GRABER, Circuit Judge,
dissenting:
I respectfully dissent.
In my view the evidence established a “found in” date earlier than July 2007 because Ramirez affirmatively took the position at trial that he has been in the United States “continuously” since 1995, and he presented evidence to that effect. Perhaps for that reason, Ramirez did not argue until the second appeal to us, after remand, that he was not found in the United States until July 2007. For those reasons, I would hold that Ramirez forfeited the argument that the majority now finds dispositive. See United States v. James, 109 F.3d 597, 599 (9th Cir.1997) (holding that a defendant’s failure to appeal an alleged error in a first appeal waives the right to do so in a second appeal).